**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **RICK BARNES,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Case No. 09-CV-2299** |
| ) | |
| **W. PATRICK HARTSHORN, in his** ) | |
| **capacity as Sheriff of Vermilion County,** ) | |
| **Illinois; COUNTY F VERMILION** ) | |
| **ILLINOIS, a body corporate and public,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 15, 2010, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#27) in this case. On July 30, 2010, Defendants, W. Patrick Hartshorn and County of Vermilion, filed their Objection to Report and Recommendation (#28). This court has conducted a careful and thorough de novo review of the Judge Bernthal's reasoning and Defendants' Objection. Following this review, this court agrees with and accepts Judge Bernthal's well-reasoned Report and Recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) Defendants' Motion to Stay and Compel Arbitration (#23) is DENIED.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 3rd day of September, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE